No. 470. UNITED STATES *v.* CURTIS AND COMPANY MANUFACTURING COMPANY. Petition for a writ of cer-

tiorari to the Court of Claims. October 12, 1926. Dismissed on motion of *Mr. Dean Hill Stanley* for the United States. No appearance for respondent.